UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Pardeep KUMAR, | Case No.: 26-cv-0758-AGS-JLB |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |
| v. | |
| Jeremy CASEY, et al., | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas petition is **GRANTED**, and the March 3, 2026 hearing is vacated.

Respondents must provide petitioner with a bond hearing before an immigration judge by **February 27, 2026**.

Dated: February 14, 2026

Hon. Andrew G. Schopler
United States District Judge